IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> TLS ENTERPRISES, INC. an Illinois corporation, <br><br> Defendant. | No. 07 C 1236 <br><br> Judge Filip <br><br> Magistrate Judge Denlow |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on March 5, 2007 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon TLS ENTERPRISES, INC., an Illinois corporation was made on the Defendant on March 12, 2007, and a copy of the proof of service was filed with the court on March 20, 2007.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$2,637.89  Pension
$4,400.81  Welfare
  $925.00  Attorneys fees
  $452.80  Court costs
$8,416.50

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, TLS ENTERPRISES, INC., an Illinois corporation and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $8,416.50.

                TRUSTEES OF THE SUBURBAN TEAMSTERS
                OF NORTHERN ILLINOIS WELFARE AND
                PENSION FUNDS

By: _____ 4/16/07
                One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2